**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIKE HENRIQUEZ,

                                        Petitioner,

            -against-                                              26 **CIVIL** 721 (JMF)

                                                                  **JUDGMENT**

BRONX COUNTY DISTRICT ATTORNEYS
OFFICE,

                                        Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 5, 2026, the petition, filed IFP under 28 U.S.C. §

1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28

U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and

therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369

U.S. 438, 444-45 (1962).

**Dated:** New York, New York

            March 7 2026

                                                    **TAMMI M. HELLWIG**
                                          _____
                                                      **Clerk of Court**

                              **BY:**              K. mango
                                          _____
                                                      **Deputy Clerk**